THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DEWITT QUINN, Defendant-Appellant.

(No. 57694; )

First District (1st Division)—August 6, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago, (Shelvin Singer, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Mariann Twist, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* STEVE CLINKSCALE, Defendant-Appellant.

(No. 57867; )

First District (1st Division)—August 6, 1973.